AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Kaylee Dedrick | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12 CIV 7165 |
| The City of New York, et al. | ) | |
| *Defendant* | ) | JUDGE PAULEY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deputy Inspector Anthony Bologna
NYPD 122nd Precinct
2320 Hylan Boulevard
Staten Island, New York 10306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Lea Spiess, Esq.
> Law Office of Ronald L. Kuby
> 119 West 23rd Street, Suite 900
> New York, New York 10011
> (212) 529-0223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: SEP 2 4 2012

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

## AFFIDAVIT OF SERVICE



*7325*

Index no : **12-CIV-7165**

| Plaintiff(s): | **KAYLEE DEDRICK** |
|---|---|
| Defendant(s): | **THE CITY OF NEW YORK, ET AL** |

STATE OF NEW YORK
COUNTY OF NEW YORK    ss.:



**IRVIN GARTENSTEIN**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **10/05/2012** at **8:15 AM**, I served the within **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, DISC. OF EXHIBITS, PRACTICES OF JUDGE WILLIAM H. PAULEY III & ELECTRONIC CASE FILING RULES** on **DEPUTY INSPECTOR ANTHONY BOLOGNA** at **c/o NYPD 122nd PCT., 2320 HYLAN BLVD, STATEN ISLAND, NY 10306** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **P.O. KOMINSKI, BADGE # 9834, CO-WORKER** of **DEPUTY INSPECTOR ANTHONY BOLOGNA**, a person of suitable age and discretion. Said premises is **DEPUTY INSPECTOR ANTHONY BOLOGNA's** usual place of business within the state.

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at c/o NYPD 122nd PCT. 2320 HYLAN BLVD, STATEN ISLAND, NY 10306 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. MAILED ON 10/09/2012 BY FIRST CLASS MAIL in an envelope marked Personal & Confidential.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Bald | 36 | 5'4"-5'8" | 161-180 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 10/09/2012

X _____
IRVIN GARTENSTEIN
License#: 0775188

Nelly Molina Roman
Notary Public, State of New York
No. 01MO6130883
Qualified in New York County
Commission Expires 07/25/2013

Atty File#: