UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KAYLEE DEDRICK                               )

                                                        12 CIV 7165 (RWS)

              Plaintiff,             )

    -against-               )         **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, NYPD DEPUTY   )
INSPECTOR ANTHONY BOLOGNA, NYPD
DETECTIVE BELLINGERI, and POLICE     )
OFFICER JOHN DOE,
                                                     )
              Defendants.
-------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that LEAH M. BUSBY should be added as counsel of record on behalf of Plaintiff, KAYLEE DEDRICK.

DATED:    New York, New York
                September 19, 2013

                                                           _____/S/_____
                                                            Leah M. Busby [LB-0818]
                                                            Law Office of Ronald L. Kuby
                                                            119 W. 23rd Street, Suite 900
                                                            New York, New York 10011
                                                            (212) 529-0223

TO:    Andrew J. Lucas, NYC Law Dept. (By ECF)
        Dara L. Weiss, NYC Law Dept. (By ECF)
        Louis C. La Pietra, La Pietra & Krieger, P.C. (By ECF)